**United States Court of Appeals**

**Fifth Circuit**

**F I L E D**

**August 18, 2004**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 04-50064
Summary Calendar

_____

FREDA SMITH,

Plaintiff-Appellant,

versus

JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL SECURITY,

Defendant-Appellee.

---------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. A-02-CV-458
---------------------

Before HIGGINBOTHAM, JONES and PRADO, Circuit Judges.

PER CURIAM:[*]

Freda Smith seeks reversal of the district court's decision to affirm the decision of the Administrative Law Judge (ALJ) to deny Smith Supplemental Security Income (SSI) benefits. The ALJ found that Smith was not disabled, could perform a limited range of sedentary work, and that there are a significant number of such jobs in the national economy. Smith argues that the ALJ did not properly evaluate her symptoms, pain, credibility, or residual functional capacity. She asserts that the ALJ merely

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

stated that he considered all of the evidence in reaching his conclusion, rather than analyzing the evidence. Smith asserts that the ALJ should have recognized that she has an impairment due to severe depression, that she is required to lie down frequently, and that she cannot sustain employment on a regular basis.

Our review is limited to determining whether the ALJ applied the correct legal standards and whether the decision is supported by substantial evidence. Falco v. Shalala, 27 F.3d 160, 162 (5th Cir. 1994). We find that the ALJ adequately considered Smith's symptoms and professed limitations and properly analyzed his findings in light of her contentions and the medical evidence. See 20 C.F.R. § 404.1529; Greenspan v. Shalala, 38 F.3d 232, 237-40 (5th Cir. 1994). The record provides substantial evidence supporting the conclusion that Smith is not disabled within the meaning of the Social Security Act.

AFFIRMED.